

**Dated: March 8, 2013, 03:07 PM**
**The following is ORDERED:**

Sarah A Hall
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

---------------------------------------------------------------------- x
                                                                       :
In re:                                                                 :     Chapter 9
                                                                       :
PAULS VALLEY HOSPITAL AUTHORITY,                                       :     Case No. 13-10791
                                                                       :
                     Debtor.                                           :     Judge Hall
                                                                       :
----------------------------------------------------------------------x

**NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 9,
NOTICE OF AUTOMATIC STAY, NOTICE OF TIME FOR
FILING OBJECTIONS TO THE PETITION, ORDER FOR RELIEF,
NOTICE OF TIME FOR FILING PROOFS OF CLAIM AND RELATED
ORDERS COMBINED WITH NOTICE THEREOF**

TO:    The Debtor, Creditors, Special Taxpayers, and Other Parties-in-Interest

     IT IS ORDERED that, within three business days of the entry of this Order, debtor Pauls Valley Hospital Authority ("Debtor"), shall give notice of the following to all parties-in-interest and shall publish notice of the commencement of the case and notice of the order of relief required by 11 U.S.C. § 923 and shall file with the Court proofs of publication not later than ten days after the last publication.

IT IS FURTHER ORDERED that the last publication of the notice of commencement and notice of the order of relief shall be not less than 15 days prior to the last day to file objections to the petition.

IT IS FURTHER ORDERED that Debtor shall file with the Court proof of service by mail at least three business days before the last date for filing objections to the petition.

IT IS FURTHER ORDERED that all publications required pursuant to 11 U.S.C. § 923 shall be made in the *Wall Street Journal*, the *Garvin County News Star*, and the *Pauls Valley Daily Democrat*.

IT IS FURTHER ORDERED and notice is hereby given of:

1. **Notice of commencement of a case under Chapter 9.** A case under Chapter 9 of the Bankruptcy Code was commenced by the filing of a petition by the above-named Debtor on March 1, 2013.

2. **Notice of automatic stay.** The filing of the petition operates as a stay applicable to all entities of the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against an officer or inhabitant of Debtor that seeks to enforce a claim against Debtor, and the enforcement of a lien on or arising out of taxes or assessments owed to Debtor, and certain other acts and proceedings against Debtor and its property as provided in 11 U.S.C. §§ 362 and 922.

3. **Notice of time for filing objections to the petition.** Objections to the petition may be filed by a party-in-interest not later than 45 days after the mailing of this notice by Debtor to all creditors, special taxpayers, and other parties-in-interest pursuant to 11 U.S.C. § 921(c). Objections shall be filed with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Room 147, Oklahoma City, OK 73102, and a copy of such objections shall be mailed to the attorney for Debtor at the address set forth below. All objections shall state the facts and legal authorities in support of such objections. If any timely objections are filed with the Court, the Court will order the objecting party to give proper notice to all parties-in-interest of the hearing on the objections.

4. **Order for relief.** The filing of the petition constitutes an order for relief under Chapter 9, and this notice shall be deemed notice of such order for relief pursuant to 11 U.S.C. §§ 901 and 301. **The filing of an objection to Debtor's petition shall be deemed to constitute a motion to vacate the order for relief,** and the Court shall proceed as follows: After notice by the objecting party and a hearing, it may dismiss the petition, subject to 11 U.S.C. § 921(c), if Debtor did not file the petition in good faith or if the petition does not meet the requirements of Chapter 9 of the Bankruptcy Code.

5. **Obtaining Copies of the List of Creditors.** The Debtor has filed a list of creditors and their claims. Such creditor list is voluminous and is available for review at the Office of the Clerk of the United States Bankruptcy Court, Western District of Oklahoma, 215 Dean A. McGee Avenue, Room 147, Oklahoma City, OK 73102. Copies of Debtor's creditor list may also be found via the Court's website http://www.okwb.uscourts.gov/index.asp or upon

written request to Debtor's counsel via email at ckutmas@mmmsk.com or facsimile at (918) 430-3770.

      6.     **Notice of time for filing Proofs of Claim.** Any creditor holding a listed claim which is not disputed, contingent, or unliquidated as to amount, may, but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim on or before a date to be fixed by the Court on application of Debtor. Any creditor who desires to rely on the list has the responsibility for determining that the claim is accurately listed.

      7.     **Notices.** All notices required by Federal Rule of Bankruptcy Procedure 2002 shall be mailed only to the committee(s), if any, or to their authorized agents and to the creditors and parties-in-interest who file with the Court a request that all notices be mailed to them.

              #    #    #

Attorney for Debtor:

Chad J. Kutmas
McDonald, McCann, Metcalf & Carwile, LLP
15 East 5th Street, Suite 1800
Tulsa, OK 74103
918-430-3700
918-430-3770 (Fax)
ckutmas@mmmsk.com